UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM CHARLES GRAHAM,
No. 22097-041,

        Petitioner,

   v.

T. LILLARD,

        Respondent.

Case No. 25-cv-01963-JPG

## MEMORANDUM AND ORDER

    This case is before the Court on Petitioner William Charles Graham's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1). Graham's claims have been repeatedly rejected as frivolous by courts in this district. Chief Judge Nancy J. Rosenstengel has warned Graham that, as a sanction, future repetitive habeas corpus petitions will be deemed rejected, without the need for judicial action, 30 days after the petition is filed unless the court orders otherwise. *Graham v. Lillard*, No. 25-cv-00158-NJR, 2025 WL 1938564, at *3 (S.D. Ill. July 14, 2025) (citing *Alexander v. United States*, 121 F.3d 312, 315 (7th Cir. 1997)).

    The Court has reviewed Graham's instant petition and has determined that it raises no argument cognizable in a § 2241 petition. Thus, consistent with the Court's prior admonition, the Court DENIES Graham's instant petition (Doc. 1) and DIRECTS the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**:  December 4, 2025

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **United States District Judge**